IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MATTHEW MIRROTTO** | ) | **CASE NO.: 1:21-cv-02071** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JOHN R. ADAMS** |
| | ) | |
| vs. | ) | |
| | ) | **JOINT STATUS REPORT** |
| **TJB, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

Now come the parties herein, by and through their respective undersigned counsel, and pursuant to this Court's Case Management Plan dated April 19, 2022, hereby submit the within Joint Status Report:

(1) <u>Discovery that has occurred during the reporting period</u>: None. Daniel Fiske and Scott Cole from TJB, Inc. were deposed on September 8, 2022.

(2) <u>Settlement discussions that have occurred during the reporting period</u>: None.

(3) <u>Motions that have been filed or remained pending during the reporting period</u>: None.

(4) Any developments that might give rise to a request to deviate from the schedule outlined in the Case Management Plan: Not at this time.

Approved by and agreed to among:

| THE FRIEDMANN FIRM LLC | THE BRUNN LAW FIRM CO., LPA |
|---|---|
| /s/ *Rachel Sabo Friedmann* | /s/ *Thomas L. Brunn, Jr.* |
| Rachel Sabo Friedmann (0089226) | Thomas L. Brunn, Jr. (0042453) |
| Peter G. Friedmann (0089293) | Alison D. Ramsey (0078121) |
| Jamie R. Bailey (0099789) | COUNSEL FOR DEFENDANT |
| COUNSEL FOR PLAINTIFF | 700 West Saint Clair Avenue |
| 3740 Ridge Mill Dr. | 208 Hoyt Block Building |
| Hilliard, Ohio 43026 | Cleveland, Ohio 44113 |
| Tel: (614) 610-9757 | Tel: (216) 623-7300 |
| Fax: (614) 737-9812 | Fax: (216) 623-7330 |
| Email: Rachel@thefriedmannfirm.com | Email: brunn@brunnlawfirm.com |
| Pete@thefriedmannfirm.com | |
| Jamie@thefriedmannfirm.com | |